

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sean Matthew Finnegan | Civil Action No. 21-cv-00670-DMS-RBB |
| Plaintiff, | |
| V. | |
| Uber | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Plaintiff's Motion to Proceed IFP is GRANTED and the Complaint is DISMISSED without prejudice for lack of subject matter jurisdiction.

Date:  4/30/21

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ M. Exler
M. Exler, Deputy